UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS C. CONRADT, et al.<br>　　　　　　　　　Defendants. | Civil Action No. 12-cv-08676-JSR<br><br>ECF CASE |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DAVID J. WEISHAUS

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "Commission"), by its attorneys, will move this Court, before the Honorable Jed S. Rakoff, at the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, at a hearing on October 17, 2013, at 4:30 p.m., for an Order pursuant to Fed. R. Civ. P. 56, granting summary judgment against David J. Weishaus and imposing a permanent injunction, directing payment of disgorgement of $127,485 and prejudgment interest of $19,313.26, and imposing a civil penalty in the amount of $382,455. Defendant's opposition to this Motion is due to be served and filed on October 1, 2013, and the Commission's Reply is due to be served on October 8, 2013.

Dated:　September 17, 2013

　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION

　　　　　　　　　　　　　　　　　s/ Catherine E. Pappas
　　　　　　　　　　　　　　　　　Catherine E. Pappas
　　　　　　　　　　　　　　　　　G. Jeffrey Boujoukos
　　　　　　　　　　　　　　　　　A. Kristina Littman
　　　　　　　　　　　　　　　　　Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 2000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　(215) 597-3100