```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :        12 Civ. 8676 (JSR)
        Plaintiff,                   :
                                     :            ORDER
        -v-                          :
                                     :
THOMAS C. CONRADT, DAVID J.          :
WEISHAUS, and TRENT MARTIN,          :
                                     :
        Defendants.                  :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

Plaintiff the Securities and Exchange Commission moves for summary judgment against Defendant David J. Weishaus.  After full briefing, the Court heard oral argument on Thursday October 24, 2013.   Upon consideration, the Court denies the motion as the defendants have raised genuine issues of material fact that must be resolved at trial.   An opinion explaining the reasons for this ruling will issue in due course.  The Clerk of the Court is directed to close document number 43 on the docket of this case.

        SO ORDERED.

Dated:    New York, NY
          ~~October~~ 11 2013                    JED S. RAKOFF, U.S.D.J.