UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>THOMAS C. CONRADT,<br>DAVID J. WEISHAUS, and<br>TRENT MARTIN,<br><br>      Defendants. | Civil Action No. 12-cv-08676-JSR<br><br>ECF Case |

## NOTICE OF APPEAL

Notice is hereby given that David J. Weishaus, defendant in the above-named action ("Defendant"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Order entered on July 22, 2015, which denied Defendant's Motion for Relief from Final Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

Dated:   September 14, 2015

                                                                         Respectfully Submitted,

                                                                         /s/ Bradley J. Bondi

                                                                         CAHILL GORDON & REINDEL LLP
                                                                         1990 K Street N.W.
                                                                         Suite 950
                                                                         Washington, DC 20006
                                                                         (202) 862-8910 (phone)
                                                                         (866) 836-0501 (facsimile)
                                                                         bbondi@cahill.com

                                                                         Attorney for Defendant David J. Weishaus