## **CERTIFICATE OF SERVICE**

This is to certify that I have this 18th day of March, 2016, caused a true and correct copy of the foregoing document to be served upon the following through the Court's ECF system:

Sammi Malek, Esq.
Susrut A. Carpenter, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza, 14th Floor
New York, NY  10111
(Counsel for Thomas C. Conradt)

Bradley J. Bondi, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
(Counsel for David J. Weishaus)

David S. Slovick, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005
(Counsel for David J. Weishaus)

Larry H. Krantz, Esquire
Kimberly Yuhas
Krantz & Berman LLP
747 Third Avenue, 32nd Fl.
New York, NY 10017
(Counsel for Trent Martin)

                                                  s/Catherine E. Pappas
                                                  Catherine E. Pappas