UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | INDEX NO.: 12-CV-08676 (JSR) |
| Plaintiff, | : : | **NOTICE OF APPEARANCE FOR <u>JOHN J. CARNEY</u>** |
| -against- | : : | |
| THOMAS C. CONRADT, et al., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that John J. Carney, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 1011, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for Defendant Thomas C. Conradt in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: April 14, 2016
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _/s/ John J. Carney_____
John J. Carney
45 Rockefeller Plaza
New York, NY  10111
Tel: (212) 589-4200
Fax: (212) 589-4201
jcarney@bakerlaw.com

*Attorneys for Defendant Thomas C. Conradt*